AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Alaska

**RECEIVED**

JUL 22 2019

Clerk, U.S. District Court
Fairbanks, AK

| | |
|---|---|
| United States of America )<br>v. )<br>CHRISTOPHER L. GORDON )<br>Redacted )<br> )<br> )<br>*Defendant* ) | Case No. 4:19-cr-00009-RRB-SAO |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☑ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: | Federal Building and U.S. Courthouse<br>101 12th Avenue, 3d Floor<br>Fairbanks, AK 99701 | Courtroom No.: Fairbanks Courtroom 2 |
|---|---|---|
| | | Date and Time: 08/15/2019 2:00 pm |

This offense is briefly described as follows:

Between approximately December 20, 2018 and May 22, 2019, the defendant, CHRISTOPHER L. GORDON, did knowingly take a Polar Bear in a manner unlawful under the Marine Mammal Protection Act, by shooting and killing the Polar Bear and leaving the harvestable remains to waste, all of which is in violation of Title 16, United States Code, Sections 1372(a)(2)(A), 1371(b)(3) & 1375(b); and Title 50, Code of Federal Regulations, Section 18.3.

Date: 07/10/2019

*Issuing officer's signature*

Lisa M. Hawk, Case Administrator II/DQA
*Printed name and title*

I declare under penalty of perjury that I have:

☒ Executed and returned this summons    ☐ Returned this summons unexecuted

Date: 7/22/19

572
*Server's signature*

Kevin Griffin  Police Officer
*Printed name and title*