Brian J. Stibitz, Bar No. 7711184
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*brian@reevesamodio.com*

*Attorneys for Defendant*
*Christopher L. Gordon*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Docket No.: 4:19-cr-00009-RRB-SAO |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER L. GORDON, ) | |
| ) | |
| Defendant. ) | **ENTRY OF APPEARANCE** |
| ) | |
| ) | |

Brian J. Stibitz, of the law firm Reeves Amodio, LLC, hereby enter appearance on behalf of the defendant CHRISTOPHER L. GORDON in the above-captioned case and requests all further pleadings, orders, correspondence and memoranda be served upon him.

Dated: Anchorage, Alaska
August 7, 2019

        REEVES AMODIO, LLC
        Attorneys for Defendant
        CHRISTOPHER L. GORDON

       By: /s/ Brian Stibitz
        Brian Stibitz
        500 L Street, Suite 300
        Anchorage, Alaska 99501
        Tel: 907-222-7100
        Fax: 907-222-7199
        Email: brian@reevesamodio.com

Certificate of Service
I hereby certify that on the 7th day of August,
2019, a true and correct copy of the foregoing was
filed with the Court via ECF/CMS, and as a safeguard
a copy was emailed to the following:

**Ryan D. Tansey**
ryan.tansey@usdoj.gov,


*/s/ Brian J. Stibitz*

ENTRY OF APPEARANCE  Page **2** of **2**
*USA v. Gordon*
Case No. 4:19-cr-00009-RRB-SAO