Brian J. Stibitz, Bar No. 7711184
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*brian@reevesamodio.com*

*Attorneys for Defendant*
*Christopher L. Gordon*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Docket No.: 4:19-cr-00009-RRB-SAO |
| ) | |
| vs. ) | |
| ) | **CONSENT TO MISDEMEANOR** |
| CHRISTOPHER L. GORDON, ) | **PROCEEDINGS IN DEFENDANT'S** |
| ) | **ABSENCE** |
| Defendant. ) | |
| ) | |

I am accused of the offense shooting and killing a polar bear and leaving harvestable remains to waste, in violation of Title 16, United States Code, Sections 1372(a)(2)(A), 1371(b)(3) & 1375(b); and Title 50, Code of Federal Regulations, Section 18.3. I have been fully advised of my rights and the nature of the charges against me. Pursuant to Federal Rule 43(b)(2), I hereby consent that arraignment, plea, pre-trial hearings, trial and imposition of sentence (or any or all of the above) may be conducted in my absence.

_____    _____
Signature of Defendant       Signature of Person Witnessing
                             Defendant's Signature

PO Box 74 Kaktovik, AK 99747    ARootchook, Juanita
Address                         Name (Please Print)

CONSENT TO MISDEMEANOR PROCEEDINGS IN DEFENDANT'S ABSENCE        Page **1** of **2**
*USA v. Gordon*
Case No. 4:19-cr-00009-RRB-SAO

|  |  |
|---|---|
| 907-319-9697 | P.O. Box 112 Kaktovik, AK 99747 |
| Telephone | Address |
|  | 907-319-9369 |
| 08-08-2019 | 8-8-19 |
| Date Signed | Date Signed |

Certificate of Service

I hereby certify that on the ___ day of August, 2019, a true and correct copy of the foregoing was filed with the Court via ECF/CMS, and as a safeguard a copy was emailed to the following:

**Ryan D. Tansey**
ryan.tansey@usdoj.gov,


/s/ Brian J. Stibitz

CONSENT TO MISDEMEANOR PROCEEDINGS IN DEFENDANT'S ABSENCE   Page **2** of **2**
*USA v. Gordon*
Case No. 4:19-cr-00009-RRB-SAO

Case 4:19-cr-00009-RRB-SAO   Document 5   Filed 08/08/19   Page 2 of 2