Brian J. Stibitz, Bar No. 7711184
REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage, AK 99501
Telephone: (907) 222-7100
Facsimile: (907) 222-7199
*brian@reevesamodio.com*

*Attorneys for Defendant*
*Christopher L. Gordon*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Docket No.: 4:19-cr-00009-RRB-SAO |
| ) | |
| vs. ) | |
| ) | |
| CHRISTOPHER L. GORDON, ) | |
| ) | |
| Defendant. ) | **DECLARATION OF COUNSEL IN** |
| ) | **SUPPORT OF MOTION TO WAIVE** |
| ) | **APPEARANCE** |

BRIAN J. STIBITZ declares as follows:

1. I am the attorney representing Defendant Christopher L. Gordon in the above-referenced action. I have personal knowledge of the facts contained in this declaration and if asked to testify to the same would and could competently do so.

2. Defendant resides in Kaktovik, Alaska, and thus must fly to and from Fairbanks to attend the arraignment. Defendant has a limited income and savings, and believed he will have difficulty procuring the funds required for a plane ticket. Defendant

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION TO WAIVE APPEARANCE                                                   Page **1** of **2**
*USA v. Gordon*
Case No. 4:19-cr-00009-RRB-SAO

Case 4:19-cr-00009-RRB-SAO   Document 7-1   Filed 08/12/19   Page 1 of 2

is employed at Facility Maintenance at the North Slope Borough's Public Works Department in Kaktovik, and is scheduled to work on August 15, 2019. Lastly, Defendant lacks child care for his 2 ½ year old child, Vincent Gordon, should he be required to travel to Fairbanks for the arraignment.

Dated: Anchorage, Alaska
August 12, 2019

                                     REEVES AMODIO, LLC
                                     Attorneys for Defendant
                                     CHRISTOPHER L. GORDON

                          By: /s/ Brian Stibitz
                                     Brian Stibitz
                                     500 L Street, Suite 300
                                     Anchorage, Alaska 99501
                                     Tel: 907-222-7100
                                     Fax: 907-222-7199
                                     Email: brian@reevesamodio.com

Certificate of Service
I hereby certify that on the 12th day of August,
2019, a true and correct copy of the foregoing was
filed with the Court via ECF/CMS, and as a safeguard
a copy was emailed to the following:

**Ryan D. Tansey**
ryan.tansey@usdoj.gov,


/s/ Brian J. Stibitz

DECLARATION OF COUNSEL IN SUPPORT OF
MOTION TO WAIVE APPEARANCE                                                  Page **2** of **2**
*USA v. Gordon*
Case No. 4:19-cr-00009-RRB-SAO

Case 4:19-cr-00009-RRB-SAO    Document 7-1    Filed 08/12/19    Page 2 of 2