IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>CHRISTOPHER L. GORDON,<br><br>              Defendant. | Case No. 4:19-cr-00009-RRB-SAO |

ORDER

Having duly considered the Government's Motion in Opposition to Proceeding in Defendant's Absence, the motion is hereby granted in part/denied in part.

The Court hereby orders the defendant, CHRISTOPHER L. GORDON, to appear telephonically for his arraignment scheduled for August 15, 2019 at 2:00 pm in Fairbanks Federal District Court, and any subsequent trial or imposition of sentence hearing. IT IS SO ORDERED.

DATED: 8/13/2019                            s/SCOTT A. ORAVEC
                                                         Scott A. Oravec, U.S. Magistrate Judge