# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u> v. <u>CHRISTOPHER L. GORDON</u>

THE HONORABLE SCOTT A. ORAVEC, Magistrate Judge

D<small>EPUTY</small> C<small>LERK</small>　　　　　　　　　　CASE N<small>O</small>.<u>4:19-CR-00009-SAO</u>

<u>LISA M. HAWK</u>

PROCEEDINGS: <u>**MINUTE ORDER FROM CHAMBERS**</u>　　DATE: <u>August 27, 2019</u>

  During an appearance before this court on August 15, 2019, defendant, Christopher L. Gordon, was allowed 7 days to file a "Consent to Proceed Before the U.S. Magistrate Judge in a Misdemeanor Case". No consent having been filed, this case is assigned to United States District Court Judge Ralph R. Beistline for trial.