IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
vs.                                  )
                                     )
CHRISTOPHER GORDON,                  )        Case No. 4:19-cr-00009-RRB-SAO
                                     )
                                     )
                Defendant.           )
_____       )

REEVES AMODIO LLC
500 L STREET, SUITE 300
ANCHORAGE , ALASKA 99501-1990
PHONE (907) 222-7100, FAX (907) 222-7199

## **DEFENDANT'S NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, Christopher Gordon, by and through counsel, and hereby notifies the Court of his intent to change his plea of not guilty to a plea of <u>guilty</u> to Count I of the information. Defendant further alerts the Court that it can take Mr. Gordon's plea at the currently scheduled final pretrial conference in this matter on Thursday, November 20, 2019. An additional sentencing hearing will need to be scheduled as a component of the plea agreement is open to the Court. A formal plea agreement will be filed prior to the November 20, 2019 hearing.

Case 4:19-cr-00009-RRB-SAO   Document 18   Filed 11/13/19   Page 1 of 2

DATED this 13th day of November, 2019.

REEVES AMODIO LLC.

By:     /s/  Brian J. Stibitz
Brian J. Stibitz
ABA# 0106043
brian@reevesamodio.com

CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing
was faxed the 13th day of November, 2019 to:

Ryan D. Tansey
Assistant United States Attorney
101 12th Avenue
Room 310
Fairbanks, AK 99701

By:   /s/  Michelle Dehner
      Michelle Dehner

REEVES AMODIO LLC
500 L Street, Suite 300
Anchorage , Alaska 99501-1990
Phone (907) 222-7100, Fax (907) 222-7199

Page **2** of **2**

NOTICE OF INTENT TO CHANGE PLEA
USA v. Gordon;
Case No. 4:19-cr-00009-RRB-SAO