BRYAN SCHRODER
United States Attorney

STEVEN SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steven.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER LEE GORDON,<br><br>Defendant. | Case No. 4:19-cr-00009-RRB |

**UNOPPOSED MOTION TO APPEAR TELEPHONICALLY**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully files this Unopposed Motion to Appear Telephonically at the Sentencing Hearing in the above-entitled case. The Sentencing Hearing is scheduled for Friday, February 28, 2020, at 11:00 a.m., in Fairbanks, Alaska.

//

//

//

RESPECTFULLY SUBMITTED this 25th day of February, 2020, in Anchorage, Alaska.

BRYAN SCHRODER
United States Attorney

s/*Steven Skrocki*
STEVEN SKROCKI
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2020, a true and correct copy of the foregoing was served electronically on the following:

Brian J. Stibitz

s/*Steven Skrocki*
Office of the U.S. Attorney

U.S. v. Gordon
4:19-cr-00009-RRB    Page **2** of **2**
Case 4:19-cr-00009-RRB   Document 29   Filed 02/25/20   Page 2 of 2