BRYAN SCHRODER
United States Attorney

RYAN TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: ryan.tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CHRISTOPHER LEE GORDON,<br><br>Defendant. | Case No. 4:19-cr-00009-RRB |

**UNOPPOSED MOTION FOR TELEPHONIC TESTIMONY**

COMES NOW the United States of America, by and through undersigned counsel, and respectfully files this Unopposed Motion for the Telephonic Testimony of George M, Durner, U.S.G.S, at the Sentencing Hearing in the above-entitled case. The Sentencing Hearing is scheduled for Friday, February 28, 2020, at 11:00 a.m., in Fairbanks, Alaska.

//

//

//

RESPECTFULLY SUBMITTED February 26, 2020, in Fairbanks, Alaska.

BRYAN SCHRODER
United States Attorney

s/ Ryan Tansey
RYAN TANSEY
Assistant U.S. Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2020,
a true and correct copy of the foregoing
was served electronically on:

Brian Stibitz

s/ Ryan Tansey
Office of the U.S. Attorney

U.S. v. Gordon
4:19-cr-00009-RRB         Page **2** of **2**
Case 4:19-cr-00009-RRB   Document 35   Filed 02/26/20   Page 2 of 2