Christopher Gordon
P.O. Box 74
Kaktovik, AK 99747

December 30, 2019

Dear Mr. Gordon:

Thank you for meeting with the Native Village of Kaktovik Tribal Council ("Tribal Council") and representatives of the Alaska Nanuut Co-Management Council ("ANCC") on July 25, 2019. As discussed with you during this meeting, the Tribal Council determined that you did not properly care for the polar bear you shot on December 20, 2018 in your yard. As an experienced hunter, you know it is the way of our people to take care of an animal right away once you have taken its life. We appreciate that in the meeting you took responsibility for your actions, and for your commitment to repairing the harm you caused.

You are a valued member of the community of Kaktovik. The community looks to you as a provider, leader, and as a positive example for the youth. By not following the proper protocol, you disregarded the important role you hold and caused harm to the community. Justice requires that you work to repair the harm you caused. As shared with you during our meeting, the Tribal Council deliberated, and in partnership with the ANCC hereby issues the following penalties as the appropriate way for you to repair the harm you caused and learn from your actions:

1. 3 years probation
2. $1,000 restitution to the community for polar bear-related activities
3. 300 hours community service
    a. Examples: dig ice cellar, polar bear patrol, work on graveyard
4. Public apology to the community of Kaktovik
5. Present quarterly on hunting ethics and duty to take care of the animal
6. Hunt for Elders and disabled
7. No subsistence hunting of polar bear for 1 year

DEFENDANT'S EXHIBIT A

We will be in contact with you to further discuss a process for you to carry out these penalties.

Sincerely,

*[signature]*

Edward Rexford, President Sr.
Native Village of Kaktovik

*[signature]*

Benjamin Payenna, Chair
Alaska Nannut Co-Management Council

CC:  Brian Stibitz, Reeves Amodio, LLC

      Elizabeth Saagulik Hensley, Landye Bennett Blumstein, LLP